UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

FILED
CHARLOTTE, NC

OCT 0 9 2018

US District Court
Western District of NC

| | | |
|---|---|---|
| Michael Keith Mayberry, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 5:17-cv-00175-GCM |
| | ) | |
| Nancy Berryhill, | ) | **Consent Order** |
| Acting Commissioner Of | ) | |
| Social Security, | ) | ***Electronic Filing*** |
| Defendant. | ) | |

This action being submitted to the Court for entry of a Consent Order agreed to by

the Parties and it appearing that Plaintiff, by and through his attorney, has executed this

Consent Order and Defendant has executed this Consent Order, by and through the

undersigned Special Assistant United States Attorney; and it appearing that the Parties have

agreed that Plaintiff, Michael Keith Mayberry, is awarded attorney fees under the EAJA in

the amount of $3,828.74 in full and final settlement of attorney fees and costs arising under

the Equal Access to Justice Act (EAJA). 28 U.S.C. § 2412(d). Pursuant to the United

States Supreme Court's ruling in *Astrue v Ratliff*, 130 S. Ct. 2521 (2010), these EAJA fees

are payable to Plaintiff as the prevailing party, and are subject to offset through the

Treasury Department's Offset Program to satisfy any pre-existing debt Plaintiff may owe

to the federal government. If, subsequent to entry of the Consent Order, the Commissioner

determines that Plaintiff owes no debt to the government that would subject this award of

attorney fees to offset, the Commissioner may honor Plaintiff's signed assignment of EAJA

fees providing for payment of the subject fees to Plaintiff's counsel, rather than to Plaintiff.

If such a debt is present, then any remaining fee after offset will be payable to Plaintiff and delivered to Plaintiff's counsel.

It is therefore **ORDERED** that, pursuant to the above, the Commissioner pay the sum of $3,828.74 in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sums this case is dismissed with prejudice.

This _____ day of _October_, 2018.

United States District Judge